**Fill in this information to identify the case:**

Debtor name     **American Efficient LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-30968**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/03/2026           **X**     */s/ Benjamin S. Abram*
                                        Signature of individual signing on behalf of debtor

                                        **Benjamin S. Abram**
                                        Printed name

                                        **Managing Director**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **American Efficient LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **26-30968**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................    $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................    $    **182,421,452.97**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................    $    **182,421,452.97**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **1,600,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $    **3,229,563.18**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **1,177,195,075.22**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b    $    **1,182,024,638.40**

**Fill in this information to identify the case:**

Debtor name  **American Efficient LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  **26-30968**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:** **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Truist Financial Corporation** | **Money Market** | **1133** | **$12,163.00** |
| 3.2. **Truist Financial Corporation** | **Checking (Main)** | **6437** | **$40,179.00** |
| 3.3. **Truist Financial Corporation** | **Checking (Local)** | **8666** | **$100.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$52,442.00**

**Part 2:** **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor   **American Efficient LLC**                                    Case number *(If known)*  **26-30968**
_____ Name

| | | |
|---|---|---|
| 7.1. | **Legal Retainer: Jenner & Block LLP** | **$1,000,000.00** |
| 7.2. | **Legal Retainer: Waldrep Wall Babcock & Bailey PLLC** | **$150,000.00** |
| 7.3. | **Legal Retainer: Farella Braun & Martell LLP** | **$30,000.00** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                              **$1,180,000.00**

Add lines 7 through 8. Copy the total to line 81.

Part 3:     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **26,018.80**  -   **0.00** = ....   **$26,018.80**
                          face amount          doubtful or uncollectible accounts

11a. 90 days old or less:   **86,487.17**  -   **0.00** = ....   **$86,487.17**
                          face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**                                           **$112,505.97**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:     **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:    % of ownership | | |
| 15.1.  **Investment in American Efficient Investments LLC**   100  % | Net Book Value | $1,317.00 |

Debtor   **American Efficient LLC**                                    Case number *(If known)* **26-30968**
Name

| | | | | | |
|---|---|---|---|---|---|
| 15.2. | **Investment in Affirmed Energy LLC** | **100** | % | **Net Book Value** | **$284,677.00** |
| 15.3. | **Investment in American Efficient Origination LLC** | **100** | % | **Net Book Value** | **$0.00** |
| 15.4. | **Investment in Maple Energy LLC** | **100** | % | **Net Book Value** | **$16,793.00** |
| 15.5. | **Investment in Midcontinent Energy LLC** | **100** | % | **Net Book Value** | **$1,010,104.00** |
| 15.6. | **Investment in Wylan Management Partners, L.L.C.** | **100** | % | **Net Book Value** | **$179,763,614.00** |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                             **$181,076,505.00**

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

Debtor **American Efficient LLC**                                Case number *(If known)* **26-30968**
             Name

☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Various causes of action against PJM Interconnection, L.L.C. and PJM Settlement, Inc.** <br> **Nature of claim** _____ <br> **Amount requested** _____ | **Unknown** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **American Efficient LLC**                                   Case number *(If known)*  **26-30968**
Name

---

Part 12:       **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,442.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,180,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $112,505.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $181,076,505.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $182,421,452.97 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $182,421,452.97 |

**Fill in this information to identify the case:**

Debtor name   **American Efficient LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-30968**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   MIH LLC**
Creditor's Name

**703 Foster Street**
**Durham, NC 27701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/16/2026**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets of Debtor**

**Describe the lien**
**Security Agreement/UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,600,000.00**   Column B: **$1,600,000.00**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$1,600,000.00**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. **Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **American Efficient LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **26-30968**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**

Priority creditor's name and mailing address
**Indiana Department of Revenue
100 N. Senate Avenue
Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $56,525.00     **Priority amount** $56,525.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2**

Priority creditor's name and mailing address
**Maryland Department of Revenue
60 West Street
Suite 102
Annapolis, MD 21401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,283,942.00     **Priority amount** $1,283,942.00

Date or dates debt was incurred
**2024-2025**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

56618

| Debtor | **American Efficient LLC** | Case number (if known) | **26-30968** |
|---|---|---|---|
| | Name | | |

| | 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105,122.00 | $105,122.00 |

**2.3** Priority creditor's name and mailing address
**North Carolina Department of Revenue
Attention: Bankruptcy Unit
Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$105,122.00     $105,122.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.4** Priority creditor's name and mailing address
**Pennsylvania Department of Revenue
4th and Walnut Street
Harrisburg, PA 17128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,783,974.18     $1,783,974.18

Date or dates debt was incurred
**2024 and 2025**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**American Efficient Origination LLC
703 Foster St
Durham, NC 27701**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,209.70

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Intercompany Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Baker Botts
910 Louisiana Street
Houston, TX 77002-4995**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,132.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Farella Braun & Martel LLP
One Bush Street
Suite 900
San Francisco, CA 94104**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,250.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **American Efficient LLC**                                    Case number (if known)   **26-30968**
_____
Name

| | | |
|---|---|---|
| 3.4 | | |

**Nonpriority creditor's name and mailing address**

**Modern Energy Group LLC**
**703 Foster St**
**Durham, NC 27701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$11,250.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.5 | | |

**Nonpriority creditor's name and mailing address**

**Northen Blue LLP**
**1414 Raleigh Road**
**Suite 435**
**Chapel Hill, NC 27517**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$13,435.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.6 | | |

**Nonpriority creditor's name and mailing address**

**Quinn Emanuel Urquhart & Sullivan, LLP**
**865 S. Figueroa Street**
**10th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$241,183.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.7 | | |

**Nonpriority creditor's name and mailing address**

**Robinson, Bradshaw & Hinson, P.A.**
**600 S. Tryon Street**
**Suite 2300**
**Charlotte, NC 28220**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$2,554.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | | |

**Nonpriority creditor's name and mailing address**

**US Federal Energy Regulatory Commission**
**888 First Street NE**
**Washington, DC 20426**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$1,131,817,758.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Alleged Penalty Order**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | | |

**Nonpriority creditor's name and mailing address**

**Wilmer Cutler Pickering Hale & Dorr LLP**
**PO Box 7247-8760**
**Philadelphia, PA 19170-8760**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$55,624.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.10 | | |

**Nonpriority creditor's name and mailing address**

**Wylan Management Partners, L.L.C.**
**703 Foster St**
**Durham, NC 27701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*    **$45,005,678.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name    **American Efficient LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **26-30968**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest  **Consulting Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **GQS New Energy Strategies LLC**<br>**405 Yale Drive**<br>**Alexandria, VA 22314** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest  **Consulting Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Longleaf Advisory LLC**<br>**9401 Sherwood Place**<br>**Norfolk, VA 23503** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest  **Intercompany services agreement between MEG Staffing LLC and American Efficient LLC.** | |
| State the term remaining | |
| List the contract number of any government contract | **MEG Staffing LLC**<br>**703 Foster Street**<br>**Durham, NC 27701** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest  **Consulting Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Off Hill Strategies, LLC**<br>**3110 1st Ave North**<br>**Suite 2M PMB 1372**<br>**Saint Petersburg, FL 33713** |

Debtor 1    **American Efficient LLC**                                   Case number (*if known*)    **26-30968**
           First Name        Middle Name        Last Name

<div style="background:#3d1a3d;width:60px;height:50px;"></div> **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Synthropic Works LLC**<br>**10 Blue Bottle Lane**<br>**Durham, NC 27705** |

---

Debtor   **American Efficient LLC**
Name

Case number (if known)   **26-30968**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 3,229,563.18 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,177,195,075.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,180,424,638.40 |

**Fill in this information to identify the case:**

Debtor name　**American Efficient LLC**

United States Bankruptcy Court for the:　WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)　**26-30968**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Affirmed Energy LLC** | **703 Foster St Durham, NC 27701** | **MIH LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Affirmed Energy LLC** | **703 Foster St Durham, NC 27701** | **US Federal Energy Regulatory Commission** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.3 | **American Efficient Origination LLC** | **703 Foster St Durham, NC 27701** | **MIH LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **American Efficient Origination LLC** | **703 Foster St Durham, NC 27701** | **US Federal Energy Regulatory Commission** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.5 | **Midcontinent Energy LLC** | **703 Foster St Durham, NC 27701** | **MIH LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  **American Efficient LLC**                                    Case number *(if known)*  **26-30968**

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 **Midcontinent Energy LLC** | **703 Foster St Durham, NC 27701** | **US Federal Energy Regulatory Commission** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name     **American Efficient LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **26-30968**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2026** to **Filing Date** | **Interest Income** | **$6,140.96** |
| **For prior year:** From **1/01/2025** to **12/31/2025** | **Interest Income** | **$3,104.72** |
| **For year before that:** From **1/01/2024** to **12/31/2024** | **Interest Income** | **$0.00** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | American Efficient LLC | Case number *(if known)* 26-30968 |
|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Robinson, Bradshaw & Hinson, P.A.** **600 S. Tryon Street** **Suite 2300** **Charlotte, NC 28220** | **5/29/2026;** **6/5/2026** | **$8,939.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2. | **Wilmer Cutler Pickering Hale & Dorr LLP** **PO Box 7247-8760** **Philadelphia, PA 19170-8760** | **4/24/2026** | **$18,133.96** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. | **Off Hill Strategies, LLC** **3110 1st Ave North** **Suite 2M PMB 1372** **Saint Petersburg, FL 33713** | **5/7/2026** | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **MIH LLC** **703 Foster Street** **Durham, NC 27701** **Affiliate** | **7/21/2025;** **7/25/2025;** **7/31/2025;** **8/5/2025;** **8/22/2025;** **8/31/2025;** **9/19/2025;** **9/24/2025;** **9/25/2025** | **$1,274,367.13** | **Repayment of Capital Advance** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | American Efficient LLC | | Case number *(if known)* 26-30968 |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | American Efficient LLC & Affirmed Energy LLC, Plaintiffs v. Federal Energy Regulatory Commission; Mark C. Christie, Willie L. Phillips, David Rosner, Lindsay S. See, and Judy W. Chang, in their offficial capacities as Commissioners of FERC<br>1:25-cv-68 | Civil | U.S. District Court for the M.D.N.C.<br>John Hervey Wheeler Courthouse<br>323 E. Chapel Hill Street<br>Durham, NC 27701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | United States of America Federal Energy Regulatory Comm'n v. American Efficient, et al.<br>IN24-2-000 | Administrative Proceeding | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

Debtor   **American Efficient LLC**                                    Case number *(if known)*  **26-30968**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jenner & Block LLP**<br>**353 N Clark St.**<br>**Chicago, IL 60654-3456** | | **7/17/2026** | **$1,000,000.00** |
| | **Email or website address**<br>**https://www.jenner.com/en** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Wilmer Cutler Pickering Hale & Dorr LLP**<br>**PO Box 7247-8760**<br>**Philadelphia, PA 19170-8760** | | **4/24/2026** | **$1,400.00** |
| | **Email or website address**<br>**https://www.wilmerhale.com/en** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Waldrep Wall Babcock & Bailey, PLLC**<br>**370 Knollwood St.**<br>**Suite 600**<br>**Winston Salem, NC 27103** | | **6/9/2026;**<br>**7/17/2026** | **$319,110.50** |
| | **Email or website address**<br>**https://waldrepwall.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

| Debtor | **American Efficient LLC** | Case number *(if known)* **26-30968** |
|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor   **American Efficient LLC**                     Case number *(if known)* **26-30968**

---

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

Debtor   **American Efficient LLC**                                   Case number *(if known)*  **26-30968**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Affirmed Energy LLC**<br>**703 Foster St**<br>**Durham, NC 27701** | **Subsidiary of American Efficient LLC** | **EIN:**      **82-1460915**<br><br>**From-To** |
| 25.2. **American Efficient Origination LLC**<br>**703 Foster St**<br>**Durham, NC 27701** | **Subsidiary of American Efficient LLC** | **EIN:**      **46-4026119**<br><br>**From-To** |
| 25.3. **Midcontinent Energy LLC**<br>**703 Foster St**<br>**Durham, NC 27701** | **Subsidiary of American Efficient LLC** | **EIN:**      **81-4451272**<br><br>**From-To** |
| 25.4. **Americian Efficient Investments LLC**<br>**703 Foster St**<br>**Durham, NC 27701** | **Subsidiary of American Efficient LLC** | **EIN:**      **86-1336794**<br><br>**From-To** |
| 25.5. **Maple Energy LLC**<br>**703 Foster St.**<br>**Durham, NC 27701** | **Subsidiary of American Efficient LLC** | **EIN:**      **82-0968211**<br><br>**From-To** |
| 25.6. **Wylan Management Partners, L.L.C.**<br>**703 Foster St**<br>**Durham, NC 27701** | **Subsidiary of American Efficient LLC** | **EIN:**      **45-0679251**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Tayler Dalpe**<br>**703 Foster St**<br>**Durham, NC 27701** | **Present** |
| 26a.2. **Linda Glasser**<br>**703 Foster Street**<br>**Durham, NC 27701** | **4/8/2024-8/29/2025** |
| 26a.3. **Richard A. Jones**<br>**703 Foster St.**<br>**Durham, NC 27701** | **8/23/2021-01/15/2026** |
| 26a.4. **April Smith**<br>**703 Foster St.**<br>**Durham, NC 27701** | **Present** |
| 26a.5. **Amanda K. Gaumer**<br>**703 Foster St.**<br>**Durham, NC 27701** | **9/1/2025 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor   **American Efficient LLC**                                         Case number *(if known)* **26-30968**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Comyns, Smith, McCleary & Deaver** **1777 Botelho Dr** **Walnut Creek, CA 94596** | **Auditor in 2024 and 2025 for consolidated financial statements for MIH LLC (parent company)** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **April Smith** **703 Foster St.** **Durham, NC 27701** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Tayler Dalpe** **703 Foster St** **Durham, NC 27701** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Modern Energy Group LLC** **703 Foster St** **Durham, NC 27701** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Abram | 703 Foster St Durham, NC 27701 | Managing Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor    **American Efficient LLC**                                    Case number *(if known)* **26-30968**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Angela M. Fox | 703 Foster St. Durham, NC 27701 | Chief Operating Officer | 02/06/2024-05/31/2026 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | MIH LLC 703 Foster Street Durham, NC 27701 | 1,274,367.13 | 7/21/2025; 7/25/2025; 7/31/2025; 8/5/2025; 8/22/2025; 8/31/2025; 9/19/2025; 9/24/2025; 9/25/2025 | Repayment of Capital Advance |
| | **Relationship to debtor** **Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| MIH LLC (for tax years 2024-2025) | EIN:    85-1281092 |
| Modern Energy Group LLC (for tax years through 8/30/2023) | EIN:    81-3752799 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|

Debtor   **American Efficient LLC**                                                    Case number (*if known*)  **26-30968**

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on           08/03/2026

/s/ Benjamin S. Abram                                **Benjamin S. Abram**

Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Western District of North Carolina

In re   **American Efficient LLC**                                    Case No.   **26-30968**

Debtor(s)                                                            Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AmEff Holdings Inc.**<br>**703 Foster Street**<br>**Durham, NC 27701** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____08/03/2026_____                Signature   */s/ Benjamin S. Abram*

**Benjamin S. Abram**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders