UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 26-30968 |
| AMERICAN EFFICIENT LLC, *et al.*,[1] | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |

**NOTICE OF EXHIBIT**

The United States Bankruptcy Administrator for the Western District of North Carolina ("Bankruptcy Administrator") files this Notice and says as follows:

1. On October 15, 2026, the Bankruptcy Administrator filed her Motion to Transfer Venue of Bankruptcy Cases (the "Motion"). See ECF No. 128. The hearing on the Motion was continued to November 19, 2026.

2. The Bankruptcy Administrator conducted the continued 341 Meeting on September 16, 2026, which was transcribed at the request of the Bankruptcy Administrator. A portion of that transcript is attached as Exhibit A to this Notice. The Bankruptcy Administrator intends to rely on this exhibit at the hearing scheduled for November 19, 2026.

Dated: November 17, 2026.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
N.C. Bar #34370
401 W. Trade Street, Suite 2400
Charlotte, NC 28202
Tel: (704) 350-7587 Fax: (704) 350-7577
shelley_abel@ncwba.uscourts.gov

[1] The Debtors in these cases, including the above-captioned debtor, are: (i) American Efficient LLC, Case No. 26-30968, (ii) Affirmed Energy LLC, Case No. 26-30969, (iii) American Efficient Origination LLC, Case No. 26-30970, and (iv) Midcontinent Energy LLC, Case No. 26-30971. The Debtors have filed a motion requesting joint administration of their cases. See Case No. 26-30968, Doc. 5.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| | : |
| CHAPTER 11 | : Case No. 26-30968 |
| 341 MEETING OF CREDITORS | : |
| | : Via Teleconference |
| AMERICAN EFFICIENT, LLC, ET AL | : September 16, 2026 |
| | : |
| | : |

-------------------------------x

TRANSCRIPT OF
341 MEETING OF CREDITORS

APPEARANCES:

| | |
|---|---|
| Bankruptcy Administrator: | SHELLEY K. ABEL, ESQ.<br>401 West Trade Street<br>Suite 2400<br>Charlotte, NC 28202 |
| For the Debtors: | JENNIFER LYDAY, ESQ.<br>Waldrep, Wall, Babcock & Bailey, PLLC<br>3600 Glenwood Avenue<br>Suite 210<br>Raleigh, NC 27612 |
| For FERC: | MARY SCHMERGEL, ESQ.<br>United States Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 |
| | SUSANNA CHU, ESQ.<br>ANDY WALKER, ESQ.<br>Federal Energy Regulatory Commission<br>888 First Street, NE<br>Washington, DC 20426 |
| For PJM: | LIV MAIER, ESQ.<br>Hunton Andrews Kurth LLP<br>951 East Byrd Street<br>Richmond, VA 23219 |
| Transcription Service: | Burke Court Reporting, LLC<br>P.O. Box 4015<br>Wayne, New Jersey 07474<br>www.BurkeCourtReporting.com<br>(973) 692-0660 |

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

INDEX


| PROCEEDINGS: | PAGE: |
|---|---|
| Examination of Ms. Dalpe by Ms. Abel | 7 |
| Examination of Ms. Dalpe by Mr. Walker | 20 |
| Examination of Ms. Dalpe by Ms. Abel | 21 |
| Examination of Ms. Dalpe by Mr. Walker | 23 |
| Examination of Ms. Dalpe by Ms. Abel | 28 |

BY MS. ABEL:

Q. But in furtherance of that, could you describe -- there's been sort of some reliance on the debtor's bank account and its related provisions. Could you just actually describe what you did to set up the bank account that we've been talking about with Truist?

A. Oh, you're talking to me, right?

Q. Yes, ma'am. Yes, ma'am.

A. Well, I don't know why I thought when you said Ms. Lyday, I thought you were asking her questions.

Q. No, I was just apologizing for what I was getting ready to do.

A. I was like, that's an odd question for her.

MS. LYDAY: I didn't open any bank accounts.

MS. ABEL: That's right.

MS. DALPE: My bank accounts were all opened using email, basically with bank contacts and done electronically.

BY MS. ABEL:

Q. Okay, so you would not have visited a branch location?

A. No.

Q. Okay. And do you -- would you recall where you might have been performing that work at the time that you made those communications?

A. Well, at the time I was -- well, yeah, for American

Efficient entities, yes. I would have been in the office in Durham.

Q. Okay. Okay. Have you had occasion to do any banking in a branch ever? I'm assuming not. Okay.

A. No.

Q. And remind me while we're -- while I've got you, this is a lazy girl question because I think I should know, but when did you -- when did the American Efficient team stop going to a physical office?

A. So -- well, we all went out temporarily at COVID.

Q. Right.

A. And then as COVID came back, some of us preferred to be out, like me. It felt more productive in accounting where you stare at a screen all day. Although the American Efficient group tended to work more in the office. And I think in general, people who needed to interact with other people to do their jobs more tended to go into the office or people with children at home, who couldn't work effectively from home.

So the American Efficient people use, probably use the office more than even the -- what I call myself the modern side did because they -- I think just the nature of how they worked. I think they were in the office a couple of times a week, but they literally worked as a different -- almost like an operating unit. So they worked fairly independently. I mean, I did their accounting and we did their reporting and their --

some of their compliance things, but they had their own schedules and things. And I'm not privy to what all those were, but a lot of them were always in the office.

Q. And when you were describing that they -- I mean, it's obviously a past tense, but would that have been true all the way up until when everybody was let go?

A. I believe so, but I can't tell you that because I don't -- I didn't spend the time in the office and I didn't really pay attention to their work schedules.

Q. Okay. That's fair.

A. So I think there were certain people who tended to frequent the office and others who didn't as much.

Q. Okay. All right. That sounds good. Okay. I may be running out of steam. So that may be all I got today. We've just got a couple of mop-up documents. I think we've talked about, and Ms. Schmergel, I keep waiting for you to come. Are you in a position to ask questions today or are you just listening? She may be just listening.

A. I see a camera moving.

MS. ABEL: Hey, there you are.

MS. SCHMERGEL: Hold on. Oh, I always have problems with my Zoom. No, actually you've covered my questions and Burke also had questions. So no, I'm good right now.

MS. ABEL: You're good. Okay. All right. Well then, it feels like we're getting near the end. I don't

# CERTIFICATE OF SERVICE

The undersigned certifies that on November 17, 2026, the foregoing document was served by means of the Electronic Filing System of the Bankruptcy Court.

Thomas W. Waldrep, Jr.
Jennifer B. Lyday
*Counsel for the Debtors*
*- Served Electronically*

Mary Schmergel
Jae Won Ha
*Counsel for Federal Energy Regulatory Commission*
*- Served Electronically*

Tyler P. Brown
Kathleen E. Perkins
Counsel for PJM Interconnection, L.L.C.
*- Served Electronically*

This the 17th of November 2026.

/s/ Shelley K. Abel

Shelley K. Abel
United States Bankruptcy Administrator
N.C. Bar #34370
401 W. Trade Street, Suite 2400
Charlotte, NC 28202